IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-30710 |
| | § | |
| **CASTEX ENERGY 2005** | § | Chapter 11 |
| **HOLDCO, LLC** *et al.* | § | |
| | § | **(Jointly Administered)** |
| Debtors | | |

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

    The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| Wood Group PSN Inc<br>17325 Park Row<br>Houston Texas | Catalina Nino<br>281-828-3554<br>catalina.nino@woodplc.com |
| Petra Consultants Inc.<br>201 Rue Iberville, Suite 400<br>Lafayette, LA 70508 | Britt Johnson<br>337-210-3426<br>bjohnson@petracon.com |
| W&T Offshore, Inc.<br>5718 Westheimer Road, Suite 700<br>Houston, Texas 77057 | Shahid Ghauri<br>713-626-8525<br>sghauri@wtoffshore.com |

Dated: March 10, 2021                    KEVIN M. EPSTEIN
                                              UNITED STATES TRUSTEE

                                              */s/ HA M NGUYEN*
                                              Ha Nguyen, Trial Attorney
                                              CA Bar #305411 | FED ID NO. 3623593
                                              United States Department of Justice
                                              Office of the United States Trustee
                                              515 Rusk Street, Suite 3516
                                              Houston, Texas 77002
                                              E-mail: Ha.Nguyen@usdoj.gov
                                              Cell: 202-590-7962

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on March 10, 2021.

                                                       */s/ Ha M Nguyen*
                                                       Ha M Nguyen
                                                       Trial Attorney