UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re** | Chapter 11 |
| **CASTEX ENERGY 2005 HOLDCO, LLC,** *et al.*[1] | Case No. 21-30710 (MI) |
| | **(Jointly Administered)** |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Paul Douglas Stewart, Jr., and the law firm of Stewart Robbins Brown & Altazan, LLC ("Counsel"), as counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that Counsel be added to the official mailing matrix and service lists in this case. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, and all other matters arising herein or in any related adversary proceeding, be given and served upon Counsel at the address and email addresses set forth below.

[*The remainder of this page intentionally left blank.*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Castex Energy 2005 Holdco, LLC (6832); Castex Energy 2005, LLC (6832); Castex Energy Partners, LLC (6832); and Castex Offshore, Inc. (8432). The Debtors' mailing address is: One Memorial City Plaza, 800 Gessner Rd., Suite 925, Houston, TX 77024.

Paul Douglas Stewart, Jr.
William S. Robbins
Brandon A. Brown
Brooke W. Altazan
**STEWART ROBBINS BROWN & ALTAZAN, LLC**
301 Main St., Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
Telephone: (225) 231-9998
Fax: (225) 709-9467
Email: dstewart@stewartrobbins.com
wrobbins@stewartrobbins.com
bbrown@stewartrobbins.com
baltazan@stewartrobbins.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE**, that this *Notice of Appearance and Request for Notices* shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (i) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully Submitted by:

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By: */s/ Paul Douglas Stewart, Jr.*
Paul D. Stewart, Jr. (LA. Bar # 24661, admitted SDTX)
William S. Robbins (TX Bar # 24100894)
Brandon A. Brown (TX Bar # 24104237)
Brooke W. Altazan (TX Bar # 24101002)
**STEWART ROBBINS BROWN
   & ALTAZAN, LLC**
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467
Email: dstewart@stewartrobbins.com
   wrobbins@stewartrobbins.com
   bbrown@stewartrobbins.com
   baltazan@stewartrobbins.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2021, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was sent via ECF Noticing to all parties registered to receive CM/ECF Notices in this case.

*/s/ Paul Douglas Stewart, Jr.*
Paul Douglas Stewart, Jr.
