

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/05/2021

| | | |
|---|---|---|
| In re: | § § | Case No. 21-30710 |
| **CASTEX ENERGY 2005 HOLDCO, LLC**, *et al.*, | § § § | Chapter 11 |
| Debtors. | § § | (Jointly Administered) |

## ORDER APPROVING THE STIPULATION BETWEEN THE DEBTORS AND ISLAND OPERATING COMPANY UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the *Debtors' Emergency Motion for Entry of an Order Approving the Stipulation Between the Debtors and Island Operating Company Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* (the "Motion")[1] for entry of an order approving the settlement and compromise contained in the Stipulation and Release attached to the Motion as **Exhibit A** (the "Stipulation"). The Court having reviewed the Motion and any objections thereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that notice of the Motion was sufficient; and it appearing that the emergency relief requested is in the best interests of the Debtors, their estates, creditors, and other parties in interest; and that good cause has been shown therefore, finds that the Motion should be GRANTED. It is therefore hereby **ORDERED** that:

1. The Stipulation is approved in its entirety and, in all respects, shall be binding in accordance with its terms on the parties thereto and, in the case of the Debtors, their estates and any successors including any chapter 11 trustee or chapter 7 trustee appointed in these bankruptcy

---

[1] Capitalized terms used but not otherwise defined herein retain the meanings given to them in the Motion.

cases, and all of the terms of the Stipulation, including the releases contained therein, shall be deemed incorporated into this Order as if fully set forth herein.

      2.      The Debtors are hereby directed to implement the terms of the Stipulation upon the entry of this Order.

      3.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order, including the implementation, interpretation, and enforcement of the Stipulation.

Signed: April 05, 2021

Marvin Isgur
United States Bankruptcy Judge