UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>**CASTEX ENERGY 2005 HOLDCO, LLC**, *et al.*[1] | Chapter 11<br><br>Case No. 21-30710 (MI)<br><br>**(Jointly Administered)**<br>Re: ECF # 66 |

**NOTICE OF SERVICE OF THIRD-PARTY SUBPOENAS**

**PLEASE TAKE NOTICE**, that the Official Committee of Unsecured Creditors of Castex Energy 2005 Holdco, LLC, et al. (the "Committee") pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, made applicable in these proceedings pursuant to Rule 9016 of the Federal Rules of Bankruptcy Procedure, issued the Subpoenas attached hereto as Exhibit "A", commanding the production of the documents identified therein from the person or entities identified below on or before the dates stated in the Subpoenas at the offices of Stewart Robbins Brown & Altazan, LLC:

Intrepid Partners, LLC
Thompson Knight, LLP
Capital One, National Association
Gregory Miller
David Alexander
Daniel Gillett
Richard Sherrill
John R. Stoika
Citibank, NA
Lasalle Wacker
OCM ENGY Holdings II CTB, L.L.C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Castex Energy 2005 Holdco, LLC (6832); Castex Energy 2005, LLC (6832); Castex Energy Partners, LLC (6832); and Castex Offshore, Inc. (8432) (collectively, the "Debtors"). The Debtors' mailing address is: One Memorial City Plaza, 800 Gessner Rd., Suite 925, Houston, TX 77024.

Cross Ocean USSS Fund I (A) Del Feeder
Cetus III Castex Energy Blocker, L.L.C.
Castex MIPCO, LLC
LJ Castex Energy Blocker, LLC
Cross Ocean CTX Holdings LLC
BancAmerica Securities, Inc.
Banc of America Securities, L.L.C.
Banc America Credit Products, Inc.
Iberiabank

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ P. Douglas Stewart, Jr.*
       Paul D. Stewart, Jr. (LA. Bar # 24661, admitted SDTX)
       William S. Robbins (TX Bar # 24100894)
       Brandon A. Brown (TX Bar # 24104237)
       Baton Rouge, LA 70801-0016
       Telephone: (225) 231-9998
       Facsimile: (225) 709-9467
       Email: dstewart@stewartrobbins.com
             wrobbins@stewartrobbins.com
             bbrown@stewartrobbins.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of April 2021, a true and correct copy of the foregoing *Notice of Service of Third-Party Subpoenas* was sent via ECF Noticing to all parties registered to receive CM/ECF Notices in this case.

                                      */s/ P. Douglas Stewart, Jr.*
                                      P. Douglas Stewart, Jr.