IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 21-30710 |
| **CASTEX ENERGY 2005 HOLDCO, LLC,** *et al.*, | § § § | **Chapter 11** |
| Debtors.[1] | § § | **(Jointly Administered)** |

**NOTICE OF EFFECTIVE DATE**
**(Relates to ECF # 307)**

**PLEASE TAKE NOTICE** that on June 3, 2021, Castex Energy 2005 Holdco, LLC, *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed their *Fourth Amended Joint Chapter 11 Plan* [ECF # 307] (the "Plan") in the Chapter 11 Cases pending before the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on June 7, 2021, the Court entered its *Order Confirming Fourth Amended Joint Chapter 11 Plan* [ECF # 324] (the "Confirmation Order").[2]

**PLEASE TAKE FURTHER NOTICE** that:

1. **Effective Date.** Pursuant to the Plan and Confirmation Order, the Debtors hereby certify and give notice that the Plan became effective in accordance with its terms. All conditions precedent to the Effective Date have been satisfied, and the Effective Date occurred on **June 30, 2021**.

2. **Liquidating Trust Agreement.** An executed copy of the Liquidating Trust Agreement is attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Castex Energy 2005 Holdco, LLC (6832); Castex Energy 2005, LLC (6832); Castex Energy Partners, LLC (6832); and Castex Offshore, Inc. (8432). The Debtors' mailing address is One Memorial City Plaza, 800 Gessner Rd., Suite 925, Houston, Texas 77024.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan or Confirmation Order, as applicable.

3. **Liquidating Trust Sources and Uses.** Attached hereto as **Exhibit B** is the agreed sources and uses of funds, beginning as of the Effective Date, to be transferred to the Liquidating Trust in accordance with the Plan, Confirmation Order, and Liquidating Trust Agreement. For the avoidance of doubt, a portion of such funds constituting secured cash shall subsequently be remitted by the Liquidating Trustee to the Prepetition Lenders, as more fully set forth in **Exhibit B**.

4. **Executory Contracts.** Except as otherwise provided in the Plan or Confirmation Order (including, for the avoidance of doubt, provisions in the Confirmation Order regarding assumption and assignment of Executory Contracts and Unexpired Leases to TPIC), all Executory Contracts and Unexpired Leases to which any of the Debtors are parties shall be deemed rejected pursuant to the Confirmation Order as of the Effective Date unless such contract or lease (i) was previously assumed or rejected by the Debtors pursuant to an order of the Bankruptcy Court; (ii) previously expired or terminated pursuant to its own terms or by agreement of the parties thereto; (iii) is the subject of a motion to assume filed by the Debtors on or before the Confirmation Date; (iv) is identified in the Plan or the Settlement Term Sheet; (v) is identified for assumption on the Schedule of Assumed Contracts included in the Plan Supplement; or (vi) is assumed pursuant to an order of the Court, after notice and hearing, and upon a motion to assume filed by the Liquidating Trustee filed not later than sixty (60) days following the Effective Date. *See* Plan, Art. V.A. Except as otherwise provided in the Plan, the Bar Date Order, or other Final Order of the Court, any Claim for damages arising from the rejection of an Executory Contract or Unexpired Lease pursuant to the Confirmation Order must be asserted in a Proof of Claim and filed with the Court no later than thirty (30) days after the Effective Date – **July 30, 2021**. *See* Plan, Art. V.C.

5. **Administrative Claims.** Except as otherwise provided in the Bar Date Order with respect to P&A Claims or Proofs of Claim asserting a Claim entitled to priority under section 503(b)(9) of the Bankruptcy Code, and unless previously filed, all Holders of Administrative Claims, other than Professionals, must file and serve applications for the allowance of Administrative Claims no later than the first Business Day that is thirty (30) days after the Effective Date – **July 30, 2021**. *See* Plan, Art. II.A.

6. **Professional Compensation Claims.** All requests for payment of Professional Compensation Claims for services rendered and reimbursement of expenses incurred by Professionals prior to the Effective Date must be filed and served no later than sixty (60) days after the Effective Date – **August 29, 2021**. *See* Plan, Art. II.B.

7. **Copies of the Confirmation Order.** Any party who wishes to obtain a copy of the Confirmation Order, including the Plan attached thereto, may request an electronic copy by: (i) contacting counsel for the Debtors; (ii) visiting the Debtors' restructuring website at: http://donlinrecano.com/castex; or (iii) visiting the website maintained by the Court at http://www.txs.uscourts.gov/bankruptcy.

Respectfully submitted on the 30th day of June, 2021.

          **OKIN ADAMS LLP**

By:    /s/ *Matthew S. Okin*
      Matthew S. Okin
      Texas Bar No. 00784695
      Email: mokin@okinadams.com
      David L. Curry, Jr.
      Texas Bar No. 24065107
      Email: dcurry@okinadams.com
      Ryan A. O'Connor
      Texas Bar No. 24098190
      Email: roconnor@okinadams.com
      1113 Vine St., Suite 240
      Houston, TX 77002
      Tel: (713) 228-4100
      Fax: (888) 865-2118

          **ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

    I hereby certificate that on June 30, 2021, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system to all parties consenting to service through the same

By:    /s/ *Matthew S. Okin*
      Matthew S. Okin

3