UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | Case No. 21-30710 | |
| **CASTEX ENERGY 2005 HOLDCO, LLC**, *et al.*, § § § | | |
| § | Chapter 11 | |
| § | | |
| Debtors. § | (Jointly Administered) | |

**CERTIFICATE OF NO OBJECTION TO DEBTORS' MOTION
IN AID OF CONFIRMATION FOR ENTRY OF AN
ORDER (I) AUTHORIZING THE DEBTORS TO ASSUME
AND ASSIGN CERTAIN LEASES AND EXECUTORY CONTRACTS
TO TALOS THIRD COAST LLC AND (II) GRANTING RELATED RELIEF**

(Related Docket No. 340)

The undersigned hereby certifies as follows:

1. On June 30, 2021, the *Debtor's Motion in Aid of Consummation for entry of an Order (I) Authorizing the Debtors to Assume and Assign Certain Leases and Executory Contracts to Talos Third Coast LLC and (II) Granting Related Relief* [Doc. No. 340] (the "**Motion**") was filed with the Court.

2. Responses, if any, to the Objection were required to have been filed with the Court and served no later than July 21, 2021 (the "***Response Deadline***").

3. In accordance with paragraph 41 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned hereby certifies that more than twenty-four (24) hours have passed since the Response Deadline and no responsive pleadings to the Objection have appeared on the Court's docket in the above-captioned chapter 11 cases or were served upon the

undersigned counsel. Accordingly, the undersigned respectfully requests that the form of Order granting the Motion attached hereto be entered at the earliest convenience of the Court.

4. Pursuant to paragraph 43 of the *Procedures for Complex Cases in the Southern District of Texas*, the undersigned has attached both (a) a redline of the revised form of Order against the Order filed with the Motion; and (b) a clean copy of the form of Order.

Dated: July 26, 2021                                                                 Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

/s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr.
(La. Bar # 24661, admitted to SDTX)
dstewart@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Attorneys for Castex Liquidating Trust and Post-Effective Date Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 26th day of July, 2021.

/s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr.